AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
January 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Ryan Blake McKinney<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No.  1:22-mj-086-SH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26, 2022__ in the county of __Hays__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(i) | Attempting to Damage or Destroy Property Used In or Affecting Interstate Commerce (18 U.S.C. Sec. 844(i)). |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Janette Taylor, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/27/2022

_____
Judge's signature

Susan Hightower, U.S. Magistrate
Printed name and title

City and state: Austin, Texas

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR AN ARREST WARRANT

I, Janette Taylor being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) for nine years and am currently a member of the Central Texas Joint Terrorism Task Force. During my career, I have investigated various violations of federal law, including but not limited to domestic terrorism, weapons of mass destruction, drug trafficking, racketeering, firearms trafficking, money laundering, and various white-collar crimes. I have authored numerous search warrant affidavits and participated in the execution of such warrants, leading to the seizure of firearms, explosive precursor chemicals, controlled substances, United States currency, records, cellular telephones, and other evidence.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. I am relying on my participation in the investigation as well as the facts and information gathered from other law enforcement described below. All facts are relayed in sum and substance and relevant part.

3. Based on the facts set forth below, there is probable cause to believe that on or about January 26, 2022, within the Western District of Texas, RYAN BLAKE MCKINNEY committed a violation of Title 18, United States Code, Section 844(i), which provides in relevant part: "Whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce" shall be punished.

### PROBABLE CAUSE

4. On January 26, 2022, a telephone call was received by the FBI San Antonio Field

Office, Austin Resident Agency from a telephone number ending -7621. An unidentified male caller stated he had tried to bomb a gas pipeline, but the device failed so he left it there. He stated his desire to turn himself in and stated he may be heading to the FBI Austin Resident Agency. The caller then terminated the call.

5. Agents made an emergency disclosure request to the provider of the -7621 number, which revealed basic subscriber information to include a name, two addresses and an alternate telephone number for the user of -7621 number. The subscriber was identified as Blake McKinney. Blake McKinney was fully identified as RYAN BLAKE MCKINNEY using reliable law enforcement databases and public research of the phone number.

6. Special Agents and Task Force Officers at the FBI Austin Resident Agency called the -7621 number and MCKINNEY answered. MCKINNEY stated he was the one who called the FBI earlier. MCKINNEY stated he tried to commit suicide by blowing himself up at the pipeline. MCKINNEY stated he was currently at his apartment in Austin, Texas, that he did not have any weapons or explosives on him, and he did not want to harm himself at this moment but said he did want help. An Austin Police Department (APD) Task Force Officer arranged for APD officers to go to MCKINNEY's residence. MCKINNEY went on to provide a description of a "bomb" that he made, where and when he purchased the components, and where he left the cooler that contained the "bomb." MCKINNEY described his "bomb" as containing approximately four pounds of Tannerite inside a cooler and the detonator was a model rocket motor. MCKINNEY stated he attempted to detonate it, but it failed. MCKINNEY provided investigators with the general location of the cooler that he described as being just outside of Kyle, TX and two to three miles past the Walgreens, past a place with a political sign. MCKINNEY stated the cooler was approximately 100 yards from the road. I know Kyle, TX is located within the Western District of Texas.

7. Investigators contacted the APD bomb squad and Hays County Sheriff's Office in order for those agencies to locate the cooler for public safety. APD bomb squad located the cooler, which was a white Yeti cooler with a Florida state Seminole sticker on top. APD conducted render safe procedures. An FBI Special Agent bomb technician was also present during the render safe procedure. The device was in a shallow hole next to a yellow marker with a warning label noting "Warning pipeline gas." The white cooler contained mixed Tannerite and aluminum powder, which bomb technicians determined was an explosive material. I know based on my training and experience that Tannerite is a brand of binary exploding rifle targets that are made from combining a catalyst fuel and an oxidizer. When the explosive reaction is started, it will result in the Tannerite exploding with expanding gases moving at very high velocity and a vapor cloud with a loud explosive noise. A sample was taken for testing and the remainder of the explosive was recovered. There was a small cup inside the cooler. There was a burn mark inside and an Estes rocket motor with black charring. There was an Estes tag on the model rocket launch controller sitting on top of the cooler with the wires leading inside of the cooler. A blue Kobalt shovel and Walker's-brand ear protection were also located in the vicinity of the device.



8.      Investigators from the FBI traveled to MCKINNEY's location where he was detained by APD. MCKINNEY was provided his Miranda Rights. He indicated he understood them and agreed to speak with investigators. MCKINNEY continued to speak with investigators and gave written consent to search his vehicle, apartment, and a laptop, which he stated he used to research how to make a bomb.

9.      During the search, investigators located the laptop and papers containing writings about, among other things, making bombs, scenarios in which the author is stopped and countermeasures to avoid being caught, research on the pipeline including the depth it is buried, the width of the pipe, and location, research on the penalties for his actions, and enhancements that would get additional prison time. The writings were dated various dates throughout January 2022 with one exception being dated January 5, 2021 (instead of 2022), which I believe was an error regarding the year based on its placement in the papers around 2022 dates.

10.     On one of the papers dated January 5, 2021 and titled "Statement of Intent," I

4

observed the following: "I am going to explode a pipeline or be caught in the attempt. My reasons are both political and peronal [*sic*]." I believe "peronal" is a misspelling of "personal."

11. On one of the papers dated January 5, 2022, and titled "Scouting, provisional target," MCKINNEY stated that his initial target was the "Permian Highway Pipeline."

12. On one of the papers dated January 6, 2022, I observed the following: "Drawing on my childhood, I have realized that model rocket starters can be quite easily used for this. As for the explosive, the plan is to buy Tannerite. To do: 1. Theorize out a time-delayed electronic mechanism. 2. Select a site along the selected pipeline. 3. Survey site so as to see if this will need to be a suicide bombing. 4. Acquire explosives – may need P.O. box. 5. Transport and successfully detonate explosive. 6. Turn self in."

13. MCKINNEY told Investigators that he purchased the Tannerite at a local retailer ("Retailer 1") on January 26, 2022 and that he purchased the rocket motor at another store ("Retailer 2") on January 25, 2022. Investigators received confirmation from Retailer 1 that MCKINNEY purchased one pack of Tannerite containing four one-pound packages.

14. The pipeline targeted by MCKINNEY is known to me as the Permian Highway Pipeline. Based on my research of publicly-available sources, the pipeline delivers natural gas from the Waha Oil Field in Texas to the Katy, Texas area, with connections to the U.S. Gulf Coast and Mexico markets. It is thus property used in or affecting interstate commerce.

15. Based on my training and experience and discussion with a Special Agent Bomb technician who was present during the render safe procedure, the device used by MCKINNEY was capable of damaging or destroying property used in or affecting interstate or foreign commence by means of explosive.

16. Based on the above, I respectfully submit that there is probable cause to believe

5

that MCKINNEY violated Title 18, United States Code, Section 844(i) and request the issuance of a warrant for his arrest.

Respectfully submitted,

_____
Janette Taylor
FBI Special Agent

Attested to by telephone and signed electronically under Fed. R. Cr. P. 4.1. on January __27th____, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS