AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

**FILED**

for the

Western District of Texas

FEB - 7 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
LY

United States of America

v.

Ryan Blake McKinney

)
)
)
)
)
)

Case No.    1:22-mj-086-SH

1:22-CR-15-LY

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ryan Blake McKinney                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Attempting to Damage or Destroy Property Used In or Affecting Interstate Commerce (18 U.S.C. Sec. 844(i)).

Date:    01/27/2022

*Issuing officer's signature*

City and state:    Austin, Texas

Susan Hightower, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   01/27/2022  , and the person was arrested on *(date)*   01/28/2022
at *(city and state)*   San Marcos, Texas   .

Date:   01/28/2022

*Arresting officer's signature*

Stephen D. Johnson, Special Agent
*Printed name and title*