UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| v.   § | No.  A-22-CR-00015-LY |
| § | |
| **RYAN BLAKE MCKINNEY,** § § | |
| *Defendant* | |

# ORDER

Before the Court is the parties' Agreed Motion to Modify Conditions of Release, Dkts. 28, 29. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 30. The parties seeks to modify the Amended Order Setting Conditions of Release, Dkt. 26, to add condition 7(t), which requires Defendant to submit to the monitoring of his internet usage at the direction of and under conditions set by the Pre-trial Services Office.

The Court **GRANTS** the parties' Agreed Motion to Modify Conditions of Release, Dkts. 28, 29, and hereby modifies the Order Setting Conditions of Release, Dkt. 26, to add condition 7(t), which requires Defendant to submit to the monitoring of his internet usage at the direction of and under conditions set by the Pre-trial Services Office.

2

SIGNED June 17, 2022.

                                                                DUSTIN M. HOWELL
                                                                UNITED STATES MAGISTRATGE JUDGE