UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:22-CR-015-LY |
| | § | |
| RYAN BLAKE MCKINNEY | § | |

### MOTION FOR CONTINUANCE

COMES NOW, RYAN BLAKE MCKINNEY, by and through his attorney, and files this his Motion to Continue Sentencing Hearing and would show the Court the following:

I.

This case is set for Sentencing hearing on December 20, 2022 at 9:00 a.m. Counsel seeks the continuance as he has a doctor's appointment on December 20, 2022 at 10:00 a.m. that cannot be rescheduled. This continuance is sought in the interest of justice and not for purpose of delay.

II.

Due to the reason outlined above, Defendant respectfully requests a setting during second half of January or early February, if possible.

WHEREFORE PREMISED CONSIDERED, Defendant respectfully requests that the Court grant all relief requested herein.

Respectfully submitted,

MINTON, BASSETT, FLORES & CARSEY
*A Professional Corporation*
1100 Guadalupe
Austin, Texas 78701
Telephone: (512) 476-4873
Facsimile: (512) 479-8315

By:      /s/Samuel E. Bassett
   State Bar No. 01894100
   Email: sbassett@mbfc.com
   Attorney for Ryan Blake McKinney

## CERTIFICATE OF CONFERENCE

I spoke to Assistant United States Attorney Karthik Srinivasan on November 30, 2022 and he stated that he does not oppose this motion for continuance.

## CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of November, 2022, a true and correct copy of the foregoing Motion for Continuance has been served on all parties of record via the CM/ECF system.

/s/Samuel E. Bassett
SAMUEL BASSETT
